# ELECTRONIC RECORD

COA # 05-13-00832-CR    OFFENSE: 19.02

STYLE: Alonzo Grayson, Jr. v. The State of Texas    COUNTY: Collin

COA DISPOSITION: AFFIRM    TRIAL COURT: 296th Judicial District Court

DATE: 11/17/2014    Publish: NO    TC CASE #: 296-81500-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alonzo Grayson, Jr. v. The State of Texas    CCA #: 1603-14

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 04/01/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**